UNITED STATES of America, Plaintiff–Appellee,

v.

Chiemere Nicole THEARD, Defendant–Appellant.

No. 08–13185

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 15, 2008.

Chiemere Nicole Theard, pro se.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, CARNES and HULL, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Chiemere Theard, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Theard's convictions and sentences are **AFFIRMED.**